IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINNELL SHELTON<br>a/k/a Keith Toney<br>1901 E Street, S.E.<br>Washington, D.C. 20003<br><br>   Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF<br>AMERICA,<br>10 Burton Hills Boulevard<br>Nashville, Tennessee 37215<br><br>   Defendant. | Civil Action No. _____<br>(District of Columbia Superior Court<br> Civil Action No. 05-0009648) |

### CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Corrections Corporation of America, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Corrections Corporation of America which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

              CORRECTIONS CORPORATION OF AMERICA
              By Counsel

              By: _____
                   Counsel

1

Rebecca E. Kuehn (D.C. Bar No. 447481)
LECLAIR RYAN, A PROFESSIONAL CORPORATION
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
Telephone: (703) 684-8007
Facsimile: (703) 684-8075

Daniel P. Struck (D.C. Bar No. CO0037)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-7323
Facsimile: (602) 200-7811

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Rule 7.1 Certificate was mailed this 28th day of February 2006:

> Linnell Shelton, *pro se*
> DCDC #279-168
> 1901 E Street, S.E.
> Washington, D.C. 20003

Rebecca E. Kuehn