IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINNELL SHELTON )<br>a/k/a Keith Toney, )<br>　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　)<br>v. )<br>　　　　　　　　　　　　　　　)<br>CORRECTIONS CORPORATION OF )<br>AMERICA, INC., )<br>　　　　　　　　　　　　　　　)<br>　　　　Defendant. )<br>　　　　　　　　　　　　　　　) | Civil Action No. 1:06-cv00353<br>Judge Henry H. Kennedy, Jr. |

ENTRY OF APPEARANCE

　　Pursuant to LCvR 83.6, Kelvin L. Newsome hereby enters his appearance as co-counsel for Defendant, Corrections Corporation of America.

　　The firm address, telephone and facsimile numbers, as well as e-mail address for Kelvin L. Newsome is as follows:

　　Kelvin L. Newsome
　　LeClair Ryan
　　999 Waterside Drive, Suite 2525
　　Norfolk, VA  23510
　　Telephone No.:  (757) 441-8938
　　Facsimile No.:  (757) 441-8988
　　kelvin.newsome@leclairryan.com

        Respectfully submitted,

        LECLAIR RYAN

        _____/s/_____
        Kelvin L. Newsome (D.C. Bar No. 439206)
        LeClair Ryan
        999 Waterside Drive, Suite 2525
        Norfolk, VA  23510
        Telephone No.:  (757) 441-8938
        Facsimile No.:   (757) 441-8988

        Megan S. Ben'Ary (D.C. Bar No. 493415)
        225 Reinekers Lane
        Suite 700
        Alexandria, VA  22314
        (703) 684-8007
        (703) 684-8075 (fax)

        Daniel P. Struck (D.C. Bar No. CO0037)
        Jones, Skelton & Hochuli, P.L.C.
        2901 North Central Avenue
        Suite 800
        Phoenix, AZ  85012
        (602) 263-7323

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was sent via first-class mail, postage prepaid, this 4th day of May, 2006 to:

        Linnell Shelton a/k/a Keith Toney
        DCDC #279-168
        1901 E Street, S.E.
        Washington, D.C.  20003

        _____/s/ Kelvin L. Newsome_____