# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINNELL SHELTON )<br>a/k/a Keith Toney, )<br>　　　　　　　　　　　　　　)<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>CORRECTIONS CORPORATION OF )<br>AMERICA, INC., )<br>　　　　　　　　　　　　　　)<br>　　　　Defendant. )<br>　　　　　　　　　　　　　　) | Civil Action No. 1:06-cv00353<br>Judge Henry H. Kennedy, Jr. |

## NOTICE OF WITHDRAWAL

Please take notice that Rebecca E. Kuehn of LeClair Ryan, A Professional Corporation hereby withdraws as counsel for Defendant Corrections Corporation of America in the above-captioned matter as she is taking a position with the federal government.

Dated this 4th day of May 2006.

Respectfully submitted,

　　/s/ Rebecca E. Kuehn　　
Rebecca E. Kuehn, (D.C. Bar No. 447481)
LECLAIR RYAN, A PROFESSIONAL CORPORATION
225 Reinekers Lane
Suite 700
Alexandria, Virginia 22314
Telephone: (703) 684-8007
Facsimile: (703) 684-8075

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was sent via first-class mail, postage prepaid, this 4th day of May, 2006 to:

> Linnell Shelton a/k/a Keith Toney
> DCDC #279-168
> 1901 E Street, S.E.
> Washington, D.C. 20003

                                            /s/ Rebecca E. Kuehn