06 CV 353

To: The Honorable Judge Henry H. Kennedy Jr.

I, Linnell Shelton A.K.A Keith Toney, am writing you this letter in regards to case # 1:06-CV00353, Linnell Shelton v. Corrections Corporation of America. The case was removed from Superior Court to be heard before you on a later date that I will not be able to attend because I am currently being detained at Rivers Correctional Institution in Winton N.C. and I will not be released until Nov 29, '06. I am asking the court to hold in abeyance, and do nothing in my case until I return to D.C. and can actively pursue this case with the proper legal representation. If my request is granted I would greatly appreciate it.

Sincerely,

Linnell Shelton

RECEIVED
MAY - 8 2006
CHAMBERS OF
JUDGE KENNEDY

Keith Toney 01230-705
CI Rivers
Correctional Institution
P.O. Box 630
Winton N.C. 27986

ROCKY MOUNT
NC 278 1 T
02 MAY 2006 PM

The Honorable Henry H. Kennedy
United States District Court for
The District of Columbia
333 Constitution Ave
Washington D.C. 20001

RECEIVED
MAY 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

20001+2802   C002