UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LINNELL SHELTON, a/k/a Keith Toney,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>CORRECTIONS CORPORATION OF AMERICA,  )<br><br>Defendant.  ) | Civil Action No. 06-0353 (HHK) |

## ORDER

This matter is set for an initial scheduling conference on August 10, 2006 at 2:15 p.m. in Courtroom 27A. Plaintiff is incarcerated at the Rivers Correctional Institution in Winton, North Carolina. Accordingly, it is

ORDERED that the defendant arrange for plaintiff to be available to participate in the initial scheduling conference by telephone.

_____/s/_____
HENRY H. KENNEDY, JR.
United States District Judge

DATE: May 12, 2005