IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINNELL SHELTON, a/k/a Keith Toney<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br><br>　　　　　Defendant. | Civil Action No. 06-00353 (HHK) |

### NOTICE OF APPEARANCE

Timothy J. Bojanowski of JONES, SKELTON & HOCHULI, P.L.C., hereby gives notice of his appearance as attorney of record for Defendant Corrections Corporation of America, and requests that copies of notices, pleadings, awards, correspondence, and other matters of record be served upon him.

Dated: May 16, 2006                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: s/Timothy J. Bojanowski
　　　　　　　　　　　　　　　　　　　　Daniel P. Struck, Bar No. CO0037
　　　　　　　　　　　　　　　　　　　　Timothy J. Bojanowski, Bar No. OH0014
　　　　　　　　　　　　　　　　　　　　Jones, Skelton & Hochuli, P.L.C.
　　　　　　　　　　　　　　　　　　　　2901 North Central Avenue, Suite 800
　　　　　　　　　　　　　　　　　　　　Phoenix, Arizona  85012
　　　　　　　　　　　　　　　　　　　　Telephone: (602) 263-1700
　　　　　　　　　　　　　　　　　　　　Facsimile:  (602) 263-1784

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Corrections*
　　　　　　　　　　　　　　　　　　*Corporation of America*

1629511.1

                                        Kelvin L. Newsome, Bar No. 439206
                                        LeClair Ryan, A Professional Corporation
                                        225 Reinekers Lane, Suite 700
                                        Alexandria, Virginia 22314

The foregoing *filed* electronically this 16th day of May 2006.

*COPY* of the foregoing *mailed* this 16th day of May 2006, to:

Linnell Shelton, aka Keith Toney
Registration No. 01230-707
**CI RIVERS**
Correctional Institution
P. O. Box 630
Winton, North Carolina 27986
*Plaintiff Pro Se*


s/Dianne Clark