IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Linnell Shelton,<br><br>                    Plaintiff,<br><br>          v.<br><br>Corrections Corporation of America,<br><br>                    Defendant. | Civil Action No. 06-00353 (HHK) |

**DEFENDANT CORRECTIONS CORPORATION OF AMERICA'S RESPONSE TO PLAINTIFF'S REQUEST TO STAY THE CASE UNTIL RELEASE FROM CUSTODY**

Defendant Corrections Corporation of America ("CCA"), through counsel, hereby responds in opposition to Plaintiff's Request To Stay The Case Until Release From Custody for the reason that Plaintiff has not provided the Court with appropriate reason to justify delay of discovery in this case for the sole reason that Plaintiff is currently incarcerated.

This Response is supported by the following Memorandum of Points and Authorities and all pleadings filed herein.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.     INTRODUCTION**

Plaintiff pro se is a District of Columbia Department of Corrections inmate. Plaintiff sues CCA, alleging Defendant CCA was negligent in providing appropriate medical care to treat a healing gunshot wound that Plaintiff suffered prior to his incarceration at CCA's Correctional Treatment Facility.  *See* Complaint.  According to

Plaintiff, he suffered an infection of the gunshot wound as a result and was hospitalized. *See id.* Plaintiff also alleges that Defendant CCA failed to administer him required prescribe medications after release from the hospital. *See id.*

During the relevant time period, Plaintiff was incarcerated at CCA's Correctional Treatment Facility located in Washington, D.C. The District of Columbia contracts with CCA to provide for the incarceration of District of Columbia inmates at CCA's Correctional Treatment Facility. *See* Answer, ¶ VII. Plaintiff is currently incarcerated at the CI Rivers Correctional Institution located in Winton, North Carolina. CI Rivers Correctional Institution is operated by the Federal Bureau of Prisons.

## II. **LEGAL ARGUMENT**

Defendant has answered Plaintiff's Complaint and the parties await entry of the Court's scheduling order governing discovery deadlines in this matter. Plaintiff seeks a six month stay of all proceedings in this matter, until such time as he is released from custody. This is Plaintiff's only purported justification for unnecessary delay of the prosecution of this matter.

Defendant CCA asserts that the fact of Plaintiff's incarceration in North Carolina should not serve as reason to delay the prosecution of this matter. Even in North Carolina, the parties can easily conduct discovery. Plaintiff's geographic location does not impede Plaintiff's ability to conduct written discovery. In addition, Defendant can easily depose Plaintiff even if he is located in North Carolina, either by travel to the facility where Plaintiff is incarcerated or by telephonic deposition. Furthermore, Defendant has no objection to Plaintiff appearing telephonically for Court hearings if the Court is so inclined to permit Plaintiff to do so. Finally, delay of this matter until

Plaintiff's release from custody will result in prejudice to Defendant as witnesses with knowledge of Plaintiff and his condition (including outside medical providers) memories' fade and witnesses seek different employment and relocate.  In sum, both parties are able to conduct discovery in this matter whether Plaintiff is incarcerated in prison in Washington, D.C. or in North Carolina.  Therefore, this Court should deny Plaintiff's request for stay of the proceedings until Plaintiff's release from custody

### III.  CONCLUSION

Based upon the foregoing, Defendant CCA respectfully requests this Court deny Plaintiff's request to stay the case until release from custody.

Dated: May 19, 2006                                     Respectfully submitted,

By: s/Timothy J. Bojanowski
Daniel P. Struck, Bar No. 012377
Timothy J. Bojanowski, Bar No. OH0014
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone: (602) 263-1700
Facsimile:  (602) 263-1784

*Attorneys for Defendant Corrections Corporation of America*

Kelvin L. Newsome
LECLAIR RYAN, A PROFESSIONAL CORPORATION
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314

The foregoing **filed** electronically
this 19th day of May 2006.

- 3 -

**COPY** of the foregoing *mailed*
this 19<u>th</u> day of May 2006, to:

Linnell Shelton, aka Keith Toney
Registration No. 01230-707
**CI RIVERS**
Correctional Institution
P. O. Box 630
Winton, North Carolina 27986
*Plaintiff Pro Se*


s/Dianne Clark
1631769.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Linnell Shelton,<br><br>        Plaintiff,<br><br>   v.<br><br>Corrections Corporation of America,<br><br>        Defendant. | Civil Action No. 06-00353 (HHK) |

**<u>ORDER DENYING PLAINTIFF'S REQUEST TO STAY THE CASE UNTIL RELEASE FROM CUSTODY</u>**

UPON CONSIDERATION THEREOF AND FOR good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Request to Stay the Case Until Release from Custody is hereby denied.

_____
Honorable Judge Henry H. Kennedy, Jr.
United State District Judge