UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINNELL SHELTON, a/k/a Keith Toney, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 06-0353 (HHK) |
| CORRECTIONS CORPORATION OF AMERICA, ) ) ) ) | |
| Defendant. ) ) | |

## ORDER

Plaintiff, proceeding *pro se*, brought this negligence action in the Superior Court of the District of the District of Columbia. Defendant filed a notice of removal to this Court pursuant to 28 U.S.C. § 1441. The alleged jurisdictional basis for removal is the parties' diversity of citizenship. This matter is before the Court on plaintiff's motion to stay the proceedings.

Plaintiff is incarcerated at the Rivers Correctional Institution in Winton, North Carolina. He requests that this action be held in abeyance until he is released from custody on November 29, 2006. As grounds for a stay, plaintiff states that he will be unable to appear for any scheduled court hearings or be able to obtain legal representation.

The Court concluded that plaintiff has not offered a compelling reason to stay the case. Plaintiff can attend court conferences by telephone. The Court has, in fact, already set an initial scheduling conference for August, 10, 2006, and plaintiff will be available by telephone. Written discovery can be conducted by mail and depositions taken at the prison. Plaintiff does not have to be released from custody in order to obtain counsel.

Accordingly, it is

ORDERED that plaintiff's motion to stay [9] is DENIED.

_____/s/_____
HENRY H. KENNEDY, JR.
United States District Judge

DATE: 7-31-06