IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINNELL SHELTON<br>a/k/a Keith Toney,<br><br>            Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF<br>AMERICA,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:06-cv00353<br>)    Judge Henry H. Kennedy, Jr. |

**DEFENDANT CORRECTIONS CORPORATION OF AMERICA'S
LOCAL RULE 16.3 STATEMENT**

     Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 16.3, and this Court's Order, Defendant Corrections Corporation of America ("CCA"), by counsel, respectfully states as follows:

     Defendant submits, pursuant to Local Rule 16.3(b)(3), that the parties are exempt from the Rule 26(f) conference requirement because Plaintiff is without counsel and is currently incarcerated at CI Rivers Correctional Institution in Winton, North Carolina. Defendant, however, submits the following proposed discovery plan in accordance with Local Rule 16.3(c).

     Plaintiff maintains that Defendant CCA was negligent in providing him with appropriate medical care to treat a healing gunshot wound that Plaintiff suffered prior to his incarceration at CCA's Correctional Treatment Facility. Defendant CCA denies the specific allegations of the Plaintiff, denies that it was responsible for any injuries suffered by the Plaintiff, and denies specifically that it was responsible for Plaintiff's medical care.

     1.    Defendant believes that the claims against it are likely to be disposed of by motion filed after the close of discovery. Defendant believes that a deadline for dispositive motions should be set at the conclusion of all discovery.

     2.    Defendant does not anticipate requiring the addition of any parties or any further amendments to the pleadings. Should any party determine that it is appropriate to add an additional party or to amend the pleadings, Defendant believes that any amendment to the pleadings and/or the addition of additional parties should occur within 60 days of the Scheduling Order.

     3.    Defendant does not believe that the matter should be set before a magistrate judge for all purposes, including trial.

      4.     Defendant does not believe that there is a realistic possibility of settling the case after reasonable opportunity for discovery.

      5.     Defendant is not willing to have the matter referred to mediation after factual discovery has been completed.

      6.     Defendant proposes the following case management schedule for consideration by the Court:

      (a)     Initial disclosures under 26(a)(1) should be made within 60 days following the scheduling conference.

      (b)     Discovery should be completed by February 12, 2007.  All written discovery requests are to be served by December 15, 2006.

      (c)     Plaintiff's Federal Rule of Civil Procedure 26(a)(2) Statements should be served by December 11, 2006; Defendant's 26(a)(2) Statements should be served by January 10, 2007.

      (d)     Motions for summary judgment or other dispositive motions are to be filed by March 12, 2007, with oppositions and replies filed in accordance with the deadlines set forth in the Rules.

      7.     This is not a class action.

      8.     Defendant does not believe that discovery should be bifurcated or managed in phases at this time.  To the extent that Plaintiff intends to seek punitive damages, CCA believes that bifurcation on the punitive damages aspect would be appropriate.

      9.     Defendant proposes that a final pretrial conference be set within 60 days after the Court rules on dispositive motions.

      10.     Defendant believes that the Court should defer setting a trial date until the final pretrial conference.

       Respectfully submitted,

        /s/ Megan S. Ben'Ary
       Daniel P. Struck (D.C. Bar No. CO0037)
       Timothy J. Bojanowski (D.C. Bar No. OH0014)
       JONES, SKELTON & HOCHULI, P.L.C.
       2901 North Central Avenue, Suite 800
       Phoenix, Arizona 85012
       Telephone: (602) 263-7323
       Facsimile: (602) 200-7811

       Kelvin L. Newsome (D.C. Bar No. 439206)
       Megan S. Ben'Ary (D.C. Bar No. 493415)
       LECLAIR RYAN, A PROFESSIONAL CORPORATION
       225 Reinekers Lane, Suite 700
       Alexandria, Virginia 22314
       Telephone: (703) 684-8007
       Facsimile: (703) 684-8075

Filed electronically this 3rd day of August 2006.

## CERTIFICATE OF SERVICE

 I hereby certify that a true and accurate copy of the foregoing was sent via first-class mail, postage prepaid, this 3rd day of August, 2006 to:

    Linnell Shelton a/k/a Keith Toney
    Registration No. 01230-707
    CI Rivers
    Correctional Institution
    P.O. Box 630
    Winton, NC  27986

        /s/ Megan S. Ben'Ary