IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Linnell Shelton,<br><br>    Plaintiff,<br><br>  v.<br><br>Corrections Corporation of America,<br><br>    Defendant. | Civil Action No. 06-00353 (HHK) |

## MOTION FOR COURT ORDER ALLOWING DEPOSITION OF INCARCERATED INMATE

Pursuant to Rule 30(a)(2), Federal Rules of Civil Procedure, Defendant requests this Court enter an order allowing the deposition of Plaintiff Linnell Shelton, a/k/a Keith Toney, an incarcerated individual, to be taken. The deposition of Linnell Shelton, a/k/a Keith Toney is vital to the defense of this action and is being secured for purposes of reasonable discovery.

WHEREFORE, Defendant respectfully requests this Court enter its Order allowing Defendant to depose Plaintiff Linnell Shelton, a/k/a Keith Toney, inmate #01230-707, at the CI Rivers Correctional Institution in Winton, North Carolina, either in person or telephonically.

- 2 -

Dated: October 6, 2006                    Respectfully submitted,

                                          By:   s/Timothy J. Bojanowski
                                                Daniel P. Struck, Bar No. 012377
                                                Timothy J. Bojanowski, Bar No. OH0014
                                                JONES, SKELTON & HOCHULI, P.L.C.
                                                2901 North Central Avenue, Suite 800
                                                Phoenix, Arizona 85012
                                                Telephone:   (602) 263-1700
                                                Facsimile:   (602) 263-1784

                                                *Attorneys for Defendant Corrections
                                                Corporation of America*

                                                Kelvin L. Newsome
                                                LECLAIR RYAN, A PROFESSIONAL CORPORATION
                                                225 Reinekers Lane, Suite 700
                                                Alexandria, Virginia 22314
                                                Telephone: (703) 647-5933
                                                Facsimile: (703) 647-5983

The foregoing **filed** electronically
this 6th day of October 2006.

*COPY* of the foregoing mailed
this 6th day of October 2006, to:

Linnell Shelton, aka Keith Toney
Registration No. 01230-707
**CI RIVERS**
**CORRECTIONAL INSTITUTION**
P. O. Box 630
Winton, North Carolina 27986
*Plaintiff Pro Se*


       s/Dianne Clark

## PROPOSED ORDER GRANTING MOTION FOR COURT ORDER ALLOWING DEPOSITION OF INCARCERATED INMATE

IT IS ORDERED, granting Defendant's request for leave of Court to depose Linnell Shelton, a/k/a Keith Toney who is a prisoner incarcerated at the CI Rivers Correctional Institution, 145 Parker's Fishery Road, Winton, North Carolina, 27986 no later than November 17, 2006.

Dated: _____   By _____
                                          Honorable Henry H, Kennedy, Jr.

1689663.1