UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LINNELL SHELTON, a/k/a<br>Keith Toney,<br><br>    Plaintiff,<br><br>    v.<br><br>CORRECTIONS CORPORATION OF<br>AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0353 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter comes before the Court on defendant's motion for an order allowing the taking of plaintiff's deposition. Plaintiff, proceeding *pro se*, is incarcerated at the Rivers Correctional Institution in Winton, North Carolina. Accordingly, pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure, it is

ORDERED that defendant may depose plaintiff, either in person or telephonically, no later than November 17, 2006.

                       HENRY H. KENNEDY, JR.
                       United States District Judge

DATE: October 13, 2006