UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LINELL SHELTON, (a/k/a KEITH TONEY), : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06cv353 (HHK) |
| : | |
| CORRECTIONS CORPORATION OF : | |
| AMERICA, : | |
| : | |
| Defendant. : | |

## ENTRY AND WITHDRAWAL OF APPEARANCE

Please enter the appearance of Paul J. Maloney, Esq., Mariana D. Bravo, Esq. and Colleen E. Durbin, Esq. on behalf of defendant Corrections Corporation of America in the above entitled matter.

Please withdraw the appearance of Kelvin L. Newsome, Esq. and Megan Starace Ben'Ary, Esq. on behalf of defendant Corrections Corporation of America in the above entitled matter.

entry of appearance

|  | Respectfully submitted, |
|---|---|
| LeCLAIR RYAN | CARR MALONEY P.C. |

*Megan Ben'Ary/ with permission*    *C. durbin*

Kelvin L. Newsome, Esq. #439206
Megan Starace Ben'Ary, Esq. #493415
225 Reinekers Lane
Suite 700
Alexandria, VA 22314
(703) 647-5933 (Telephone)
(703) 647-5983 (Facsimile)

*Colleen E. Durbin*

Paul J. Maloney, Esq. #362533
pjm@carrmaloney.com
Mariana D. Bravo, Esq. # 473809
mdb@carrmaloney.com
Colleen E. Durbin, Esq. #500039
ced@carrmaloney.com
1615 L Street, N.W.
Suite 500
Washington, DC 20036
(202) 310-5592 (Telephone)
(202) 310-5555 (Facsimile)

entry of appearance

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically transmitted on this 23rd day of January to:

> Linell Shelton
> CI Rivers Correctional Institution
> P.O. Box 630
> Winston, NC 27986
> *Pro se*

> Timothy J. Bojanowski, Esq.
> Jones, Skelton & Hochuli, P.L.C.
> 2901 North Central Ave.
> Suite 800
> Phoenix, Arizona 85012

_____
Colleen E. Durbin

entry of appearance