IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Linnell Shelton,<br><br>    Plaintiff,<br><br> v.<br><br>Corrections Corporation of America,<br><br>    Defendant. | No. 1:06-cv-00353 HHK |

## NOTICE OF APPEARANCE

  Pursuant to LCvR 83.6, Daniel P. Struck, Esq. (D.C. Bar No. CO0037) hereby enters his appearance as counsel for Defendant, *Corrections Corporation of America,* in the above-captioned matter.

  The firm address, telephone and facsimile numbers, as well as e-mail address for Daniel P. Struck, Esq. is as follows:

>   Daniel P. Struck, Esq.
>   JONES, SKELTON & HOCHULI, P.L.C.
>   2901 North Central Avenue
>   Suite 800
>   Phoenix, Arizona 85012
>   Telephone No.: (602) 263-7323
>   Facsimile No.:  (602) 200-7811
>   E-Mail: dstruck@jshfirm.com

<table>
<tr><td>Dated: January 23, 2007</td><td>Respectfully submitted,</td></tr>
</table>

By:     s/ Daniel P. Struck
    Daniel P. Struck, Bar No. 012377
    Timothy J. Bojanowski, Bar No. OH0014
    JONES, SKELTON & HOCHULI, P.L.C.
    2901 North Central Avenue, Suite 800
    Phoenix, Arizona 85012
    Telephone: (602) 263-1700
    Facsimile: (602) 263-1784

    Paul J. Maloney, DC Bar No. 362533
    Colleen Durbin, DC Bar No. 500039
    CARR MALONEY, P.C.
    1615 L Street, N.W., Suite 500
    Washington, DC 20036
    Telephone: (202) 310-5500
    Facsimile: (202) 310-5555

    Attorneys for Defendant, *Corrections Corporation of America*

The foregoing **filed** electronically this 23rd day of January 2007.

COPY of the foregoing mailed this 23rd day of January 2007, to:

Linnell Shelton, aka Keith Toney
Registration No. 01230-707
CI Rivers
Correctional Institution
P. O. Box 630
Winton, North Carolina 27986
Plaintiff Pro Se


    s/ Carol S. Madden
1735956.1