# EXHIBIT 2

# AGREEMENT

# BETWEEN

# THE CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC.

# AND

# CORRECTIONS CORPORATION OF AMERICA

THIS AGREEMENT is made and entered into by and between THE CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., hereinafter "CONTRACTOR", whose address is 1717 K Street, NW, Suite 600, Washington, D.C. 20006, and CORRECTIONS CORPORATION OF AMERICA, hereinafter "CCA", whose address is 10 Burton Hills Boulevard, Nashville, Tennessee 37215.

WHEREAS, CCA, pursuant to an Operations and Management Agreement by and between the District of Columbia and Corrections Corporation of America, dated January 30, 1999, hereinafter "1999 O & M Agreement", provides correctional management services at the Facility;

WHEREAS, the O & M Agreement requires that certain medical services be provided at the Facility and CCA currently provides those services;

WHEREAS, the District and CCA anticipate the execution a new O & M Agreement in which CCA would have no obligation for medical services "2002 O & M Agreement";

WHEREAS, CCA desires to subcontract its obligations for medical services under the 1999 O & M Agreement until such time as the 2002 O & M Agreement is executed;

WHEREAS, the District desires to subcontract the provision of all medical services thereafter; and

WHEREAS, Contractor has the resources and the expertise to provide comprehensive medical care services at the Facility and desires to provide such services;

**IT IS HEREBY AGREED BETWEEN THE PARTIES:**

**1.1    DEFINITIONS**

    A.    *Facility.* District of Columbia Jail II, a multi-custody level detention facility housing male and female Inmates and formerly known as the Correctional Treatment Facility.

    B.    *Indemnifying Party.* A party hereto having an obligation to indemnify under this Agreement.

    C.    *Indemnified Party.* A party hereto entitled to be indemnified under this Agreement.

    D.    *Inmate.* An individual detained in the Facility pursuant to the 1999 O & M Agreement or the 2002 O & M Agreement for whom CCA receives daily compensation.

    E    *Standards.* American Correctional Association (ACA) Standards for Adult Correctional Facilities, current edition, as supplemented; National Commission on Correctional Health Care (NCCHC) Standards, as amended or supplemented; HIV Care and Treatment consistent with NIH Guidelines, set forth in Attachment A; CCA policies and procedures provided to Contractor in writing, including, but not limited to, CCA Corporate and Facility Policy 3-3 Standards of Business Ethics and Conduct; applicable federal and local laws and regulations; applicable court orders; the Proposal, a copy of which is incorporated by reference as Attachment B; Section 5.4.5 of the O & M Agreement, a copy of which is incorporated by reference as Attachment C and accepted community medical standards of care.

    F.    *Unsatisfactory Service.* Service that does not meet the Standards or is not in compliance with this Agreement, except that compliance with NCCHC Standards shall be required beginning six months after the Start Date.

    G.    *Start Date.* September 16, 2002.

**2.1    SCOPE OF SERVICES**

Beginning on the Start Date, Contractor will provide, in accordance with the Standards, medical services listed in the Contractor's Proposal and Section 5.4.5 of the O & M Agreement, to include but not be limited to sick call and specialty clinics. If a conflict exists between items comprising the Standards, the highest requirement will prevail. Contractor will maintain ACA accreditation and shall acquire NCCHC accreditation within one year. The scope of services does not include evaluations required by the Youth Rehabilitation Act.

of the notice in conspicuous places available to employees and applicants for employment.

G. Permit access to all books pertaining to its employment practices and to require each subcontractor to permit access to books and records.

## 9.1 INSURANCE AND INDEMNIFICATION

A. Throughout the term of this Agreement, the Contractor at its sole cost and expense, shall maintain comprehensive general liability and professional liability insurance to insure the Contractor and its employees and agents against any claim for damages arising in connection with Contractor's provisions of services under this Agreement and which shall name CCA and the District as additional insureds. Insurance information shall be provided to CCA and the District prior to the execution of this Agreement. Any policy or insurance program maintained by Contractor shall provide for Contractor to give at least thirty (30) days prior written notice in the event such policy is canceled, materially changed or not renewed.

B. CCA and the District shall be exempt from, and in no way liable for, any sums of money, which may represent a deductible in any Contractor insurance policy. The payment of such deductible shall be the sole responsibility of the Contractor.

C. Each Party shall indemnify, defend, and hold the other Party harmless from all liability to third parties, including claims, suits, judgments, expenses, damages, court costs, and attorney's fees, to the extent caused by the Indemnifying Party's negligence, misconduct, or breach of this Agreement.

D. CCA shall indemnify, defend, and hold the Contractor harmless from all liability to third parties, including claims, suits, judgments, expenses, damages, court costs, and attorney's fees, to the extent caused by acts or omissions of CCA in connection with its performance of the O & M Agreements (which shall not be deemed to include acts or omissions of the Contractor in providing services as subcontractor pursuant to this Agreement).

E. The Contractor shall indemnify, defend, and hold CCA harmless from all liability to third parties, including claims, suits, judgments, expenses, or damages, court costs, and attorney's fees, to the extent caused by acts or omissions of the Contractor in providing services required by this Agreement.

F. Provisions of this section survive the expiration of or termination of this Agreement.

G. *Notice and Defense of Indemnified Claims.* Promptly upon becoming aware of any circumstances which may lead to any action or demand for which a right of indemnity exists or might exist under this Agreement, each Party shall notify the other of such circumstances in as much detail as is then available. Failure of an Indemnified Party to notify a claim or action promptly shall reduce the liability of the Indemnifying Party in respect of such claim or action to the extent that such liability has arisen or increased as a direct result of the failure to notify promptly. The Indemnifying Party shall bear full responsibility for the defense (including any settlements); provided, however, that: (i) the Indemnifying Party shall keep the Indemnified Party informed of, and consult with the Indemnified Party in connection with the progress of such litigation or settlement; and (ii) the Indemnifying Party shall not have any right, without the Indemnified Party's prior written consent, (which shall not be unreasonably withheld), to settle any such claim if such settlement arises from or is a part of any criminal action, suit, or proceeding or contains a stipulation to or admission or acknowledgment of, any liability or wrongdoing (whether in contract, tort, or otherwise) on behalf of the Indemnified Party.

## 10.1    INDEPENDENT CONTRACTOR STATUS

In the Contractor's performance of its duties and responsibilities under the Agreement, it is mutually understood and agreed that the Contractor is at all times acting and performing as an independent Contractor. Neither CCA nor the District has any control or direction over the methods by which the Contractor shall perform its work and functions other than as provided herein. Nothing in the Agreement is intended to or shall be deemed to constitute a partnership or joint venture between the parties.

## 11.1    TERM OF AGREEMENT

A. The Agreement is for a term beginning on September 16, 2002, and expiring upon the effective date of a contract between the District and Contractor for similar services at the Facility. Should the O & M Agreement for the Facility terminate at an earlier time, this contract will terminate simultaneously. CCA may terminate this Agreement for cause in accordance with Section 13.1.A. Time is of the essence in the performance of this Agreement.

B. Upon termination of the Agreement for any reason, including expiration, the Contractor shall:

- Cooperate with CCA or the current Operator of the Facility in a joint inventory of supplies and equipment;

- Satisfy all Contractor's debts and obligations incurred in relation to this Agreement; and

IN WITNESS WHEREOF, intending to be legally bound, the parties have caused their authorized representatives to execute this Agreement.

CENTER FOR CORRECTIONAL  
HEALTH AND POLICY STUDIES, INC.

BY: _____

TITLE: President

EIN# 52-2186363

CORRECTIONS CORPORATION OF  
AMERICA

BY: _____  
JIMMY TURNER

TITLE: VICE PRESIDENT, OPERATIONS

Approved:

THE DISTRICT OF COLUMBIA

BY: _____

TITLE: Correctional Correctional Administrator

Attachments:  
A  HIV Care and Treatment consistent with NIH Guidelines  
B  CCHPS Proposal  
C  Section 5.4.5 of the O & M Agreement  
D  Staffing Pattern  
E  Equipment Inventory