UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LINNELL SHELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0353 (HHK) |
| | ) | |
| CORRECTIONS CORPORATION OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant filed a motion to dismiss for failure to prosecute or, in the alternative, for summary judgment. Plaintiff is proceeding *pro se*. Plaintiff was advised that if he did not respond to the motion by July 13, 2007, the Court would consider the motion conceded, grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

Plaintiff has not filed a response to defendant's motion. Accordingly, it is

ORDERED that defendant's motion to dismiss for failure to prosecute or, in the alternative, for summary judgment [21] [23] is GRANTED. It is

FURTHER ORDERED that the case is DISMISSED without prejudice.

HENRY H. KENNEDY, JR.
United States District Judge

DATE: July 18, 2007